**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1061**

In Re:  FERNANDO MIGUEL NUNEZ,

　　　　　　　　Petitioner.

On Petition for Writ of Mandamus.
(5:08-cr-00262-D-1; 5:11-cv-00193-D)

Submitted:  April 1, 2014　　　　Decided:  April 11, 2014

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Fernando Miguel Nunez, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fernando Miguel Nunez petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order and judgment on March 24, 2014, denying relief on Nunez's § 2255 motion. Accordingly, because the district court has recently decided Nunez's case, we deny the mandamus petition, amended petition, and corrected petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED